IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01609-MSK-KLM

INTELLIGENT DESIGNS 2000 CORPORATION, a Colorado corporation,

    Plaintiff,

v.

CCM ASSEMBLY & MANUFACTURING, INC., doing business as BajaRack Adventure
Equipment, a California company,

    Defendant.

---

## MINUTE ORDER

---

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on the parties' **Joint Motion for Entry of Stipulated
Protective Order** [#44][1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#44] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Stipulated Protective Order [#44-1] supplied
by the parties is **accepted** for filing and entered as an Order of the Court as of the date of
this Minute Order.

Dated: January 26, 2016

---

[1] "[#44]" is an example of the convention the Court uses to identify the docket number
assigned to a specific paper by the Court's case management and electronic case filing system
(CM/ECF). The Court uses this convention throughout this Minute Order.